UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------
                                              :
INTERNATIONAL WATCHMAN, INC.,                 :      CASE NO. 1:17-CV-497
                                              :
            Plaintiff,                        :
                                              :
     vs.                                      :      OPINION & ORDER
                                              :      [Resolving Docs. 6, 12, 15]
81 JANUARY, INC., *et al.*,                   :
                                              :
            Defendants.                       :
                                              :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff International Watchman, Inc. sued Defendant 81 January, Inc. for trademark infringement.[1] Defendant's Director, William Shaine, moved pro se to dismiss the lawsuit on jurisdictional grounds.[2] Shaine also asked for leave to appear in this case.[3] Plaintiff moved to strike Defendant's motions, arguing that corporations cannot litigate pro se.[4]

Plaintiff's argument wins.

Under Ohio law, a licensed attorney must represent a corporation in all non-small-claims-court proceedings.[5]

Accordingly, the Court **GRANTS** Plaintiff's motion to strike Defendant's Director Shaine's motions to dismiss and for leave to appear.

---

[1] Doc. 1.
[2] Docs. 6 & 15.
[3] *Id.*
[4] Doc. 12.
[5] *Gass v. Headlands Contracting & Tunneling, Inc.*, 2008 WL 4964656, at *1 (Ohio Ct. App. Nov. 21, 2008) ("[O]utside of small claims court, an individual, including a corporate officer, who is not an attorney, may not appear in court or maintain litigation *in propria persona* on behalf of a corporation."); *see also Disciplinary Counsel v. Kafele*, 843 N.E.2d 169, 173 (Ohio 2006) ("And with limited exception, unauthorized practice occurs when a layperson renders legal services for another person or for a corporate entity by attempting to manage legal actions and proceedings before courts of law.").

Case No. 1:17-CV-497
Gwin, J.

    IT IS SO ORDERED.

Dated: May 18, 2017                  *s/      James S. Gwin*
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE